THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

NORTHWEST ADMINISTRATORS, INC.,

    Plaintiff,

v.

EVENT PRODUCTIONS, INC., a California corporation,

    Defendant.

NO. C19-953-JLR

JUDGMENT

## Summary of Judgment

| | |
|---|---|
| Judgment Creditor: | Northwest Administrators, Inc. |
| Judgment Debtor: | Event Productions, Inc. |
| Principal Judgment: | $2,490.39 |
| Liquidated Damages | $611.75 |
| Interest through 9/24/19 | $100.89 |
| Attorneys Fees: | $673.75 |
| Costs: | $485.00 |
| Other Recovery Amounts: | NONE |
| Percent Interest on Principal: | Six percent (6%) per annum |
| Interest Rate on Costs: | NONE |
| Attorneys for Judgment Creditor: | Reid, McCarthy, Ballew & Leahy, L.L.P. |

THIS MATTER coming on for consideration upon Plaintiff's motion for judgment against the Defendant, Plaintiff being represented by its attorney, Russell J.

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., Defendant not being represented, and the Court having reviewed the records and file herein, including the affidavit of Russell J. Reid and the exhibits thereto and the Declaration of James E. Helmers and the exhibits thereto in support of Plaintiff's motion, and being fully advised in the premises, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff be and hereby is awarded judgment against Defendant in the amounts hereinafter listed, which amounts are due the Plaintiff by Defendant for its inclusive employment of members of the bargaining unit represented by Locals 70, 287, and 2785 with which the Defendant has valid collective bargaining agreements and which amounts are due by reason of its specific acceptance of the Declarations of Trust for the employment period October 2018 through April 2019: for contributions of $2,490.39, for liquidated damages of $611.75, for pre-judgment interest of $100.89, for attorneys' fees of $673.75, and for costs of $485.00; all for a total of $4,361.78.

JUDGMENT ENTERED this 15th day of October, 2019.

_____
HON. JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

Presented for Entry by:

_____
Russell J. Reid, WSBA #2560
of Reid, McCarthy, Ballew & Leahy, L.L.P.
Attorney for Plaintiff

JUDGMENT – C19-953-JLR
Page 2 of 2
G:\01-01999\311\Event Productions Inc. 313594 8-18 & 10-18-\Default Judgment - JUDGMENT.doc

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925